**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Michael<br>First name<br><br>E.<br>Middle name<br><br>Samuels<br>Last name and Suffix (Sr., Jr., II, III) | Laura<br>First name<br><br>G.<br>Middle name<br><br>Samuels<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1606 | xxx-xx-4948 |

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ☐ I have not used any business name or EINs.<br><br>FDBA  Willis Realty<br>FDBA  Home Solutions<br>FDBA  Home Solutions<br>FDBA  PS Homes<br>FDBA  Thinksmart Realty<br>FDBA  Michael & Bob<br>DBA  Samuels Law<br>FDBA  PSH Investments | |
| Include trade names and *doing business as* names | Business name(s)<br><br><br>EINs | ☐ I have not used any business name or EINs.<br><br>FDBA  Unlocking Potential<br>Business name(s)<br><br><br>EINs |

| **5. Where you live** | 278 Ritchie Ave.<br>Cincinnati, OH 45215<br>Number, Street, City, State & ZIP Code<br><br>Hamilton<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>4910 Hunt Rd. #2122<br>Cincinnati, OH 45242<br>Number, Street, City, State & ZIP Code<br><br>Hamilton<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |

| **6. Why you are choosing *this district* to file for bankruptcy** | Check one:<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | Check one:<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | Michael E. Samuels | | |
|---|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number *(if known)* | |

---

**Part 2:**     Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District | When | Case number, if known |
| Debtor | Relationship to you |
| District | When | Case number, if known |

---

**11.** **Do you rent your residence?**

- ■ No.      Go to line 12.
- ☐ Yes.      Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | Michael E. Samuels | Case number *(if known)* |
|---|---|---|
| Debtor 2 | Laura G. Samuels | |

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Michael Samuels Law, LLC
Name of business, if any

278 Ritchie Ave.
Cincinnati, OH 45215
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.**  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.**  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.**  State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Michael E. Samuels                          /s/ Laura G. Samuels

Michael E. Samuels                               Laura G. Samuels
Signature of Debtor 1                            Signature of Debtor 2

Executed on    December 4, 2018          Executed on    December 4, 2018
MM / DD / YYYY                                  MM / DD / YYYY

| Debtor 1 | Michael E. Samuels | | |
|---|---|---|---|
| Debtor 2 | Laura G. Samuels | | Case number *(if known)* |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Kathleen D. Mezher | Date | December 4, 2018 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Kathleen D. Mezher #0016982
Printed name

Kathleen Mezher & Associates, LLC
Firm name

8075 Beechmont Avenue
Cincinnati, OH 45255
Number, Street, City, State & ZIP Code

| Contact phone | (513) 388-4651; (513) 474-3700 | Email address | kathleen@mezherlaw.com |
|---|---|---|---|

#0016982 OH
Bar number & State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an
  amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B. | $ 978,520.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B. | $ 25,537.23 |
| 1c. Copy line 63, Total of all property on Schedule A/B. | $ 1,004,057.23 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 921,707.62 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.* | $ 10,531.60 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.* | $ 189,166.13 |
| **Your total liabilities** | $ 1,121,405.35 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I.* | $ 6,334.26 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J.* | $ 7,721.49 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Michael E. Samuels | | |
|---|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number *(if known)* | |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 10,531.60 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 50,000.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 60,531.60 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

278 Ritchie Ave.
_Street address, if available, or other description_

Cincinnati          OH          45215-0000
_City_          _State_          _ZIP Code_

Hamilton
_County_

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $305,750.00 | $305,750.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ Check if this is community property (see instructions)

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)* _____

---

1.2    If you own or have more than one, list here:

10829 Invicta Ct.
_____
Street address, if available, or other description

Cincinnati          OH     45231-0000
_____
City                State   ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $45,790.00 | $45,790.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ **Check if this is community property**
(see instructions)

---

1.3    If you own or have more than one, list here:

2524 Niagara St.
_____
Street address, if available, or other description

Cincinnati          OH     45251-0000
_____
City                State   ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $57,430.00 | $57,430.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ **Check if this is community property**
(see instructions)

---

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number *(if known)* _____

---

**1.4**   If you own or have more than one, list here:

2550 Ontario St.
_____
Street address, if available, or other description

Cincinnati          OH     45231-0000
_____
City                State   ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $51,360.00 | $51,360.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

- [ ] **Check if this is community property**
(see instructions)

---

**1.5**   If you own or have more than one, list here:

9715 Overview Ln.
_____
Street address, if available, or other description

Cincinnati          OH     45231-0000
_____
City                State   ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $90,910.00 | $90,910.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

- [ ] **Check if this is community property**
(see instructions)

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number *(if known)* _____

**1.6** If you own or have more than one, list here:

6837 Greismer Ave.
_____
Street address, if available, or other description

Cincinnati          OH    45237-0000
_____
City                State  ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

In name of Willis Realty, LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,360.00 | $50,360.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property**
(see instructions)

---

**1.7** If you own or have more than one, list here:

9687 Cedarhurst Dr.
_____
Street address, if available, or other description

Cincinnati          OH    45251-0000
_____
City                State  ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

In name of Willis Realty LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $49,040.00 | $49,040.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property**
(see instructions)

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number *(if known)* _____

---

**1.8** If you own or have more than one, list here:

8634 DeSoto Dr.
_____
Street address, if available, or other description

Cincinnati                OH      45231-0000
_____
City                          State    ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty, LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $39,850.00 | $39,850.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ **Check if this is community property** (see instructions)

---

**1.9** If you own or have more than one, list here:

1326 Madeleine Cir.
_____
Street address, if available, or other description

Cincinnati                OH      45231-0000
_____
City                          State    ZIP Code

Hamilton
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty, LLC /Home Solutions LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,150.00 | $35,150.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)* _____

If you own or have more than one, list here:

**1.1**
**0**

1272 Frost Ct.
Street address, if available, or other description

| | |
|---|---|
| Cincinnati | OH | 45231-0000 |
| City | State | ZIP Code |

Hamilton
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty, LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $38,740.00 | $38,740.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property** (see instructions)

---

If you own or have more than one, list here:

**1.1**
**1**

924 Gretna Ln.
Street address, if available, or other description

| | |
|---|---|
| Cincinnati | OH | 45240-0000 |
| City | State | ZIP Code |

Hamilton
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

In name of Willis Realty, LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $84,710.00 | $84,710.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)* _____

1.1
2

**If you own or have more than one, list here:**

817 W. Kemper Rd.

Street address, if available, or other description

Cincinnati          OH      45240-0000

City          State      ZIP Code

Hamilton

County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

In name of Willis Realty, LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $59,210.00 | $59,210.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property** (see instructions)

---

1.1
3

**If you own or have more than one, list here:**

1510 Kinney Ave.

Street address, if available, or other description

Cincinnati          OH      45231-0000

City          State      ZIP Code

Hamilton

County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

In name of Willis Realty, LLC

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $70,220.00 | $70,220.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................................=>**

$978,520.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | Nissan | | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|---|

3.1    Make: **Nissan**
Model: **Sentra**
Year: **2015**
Approximate mileage: **35,000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$14,275.00 | $14,275.00

3.2    Make: **Toyota**
Model: **Camry Hybrid**
Year: **2007**
Approximate mileage: **130,000**
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
$4,406.00 | $4,406.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>**    $18,681.00

**Part 3:** **Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   Refrigerator, Stove, Washer, Dryer ($400), Living Room ($300), Dining Room ($200), Bedroom ($300), Desk, Lamps, Chair ($100)    $1,300.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   TV, DVD ($300), Computer & Printer ($400)    $700.00

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)*

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Clothing | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Watch, Costume Jewelry | $200.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| 3 dogs | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

$2,400.00

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...................................................................................................................

Cash on Hand        $10.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Michael E. Samuels | |
|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number *(if known)* |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................                                  Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | US Bank<br>Home Solutions | $50.00 |
| 17.2. | Checking | US Bank<br>Samuels Law IOLTA | $10.00 |
| 17.3. | Checking | US Bank<br>Samuels Law operating | $1,000.00 |
| 17.4. | Checking | US Bank<br>Thinksmart Realty | $1,000.00 |
| 17.5. | Checking | Civista Bank | $350.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 100% ownership of Willis Realty, LLC - owns several pieces of real estate listed above | 100 | % | $0.00 |
| 100% ownership of Home Solutions, LLC - owns nothing | 100 | % | $0.00 |
| 100% ownership of Home Solutions, Ltd - owns nothing | 100 | % | $0.00 |
| 100% ownership of PS Homes, LLC - owns nothing | 100 | % | $0.00 |
| 100% ownership of Thinksmart Realty, LLC - owns nothing | 100 | % | $0.00 |
| 100% ownership of Michael & Bob, LLC - owns nothing | 100 | % | $0.00 |
| 100% ownership of Samuels Law, LLC - owns computer, file cabinet, desk | 100 | % | $500.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor 1 | Michael E. Samuels | | |
|---|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| 100% ownership of PSH Investments, LLC - owns nothing | 100 | % | $0.00 |
| 100% ownership of Unlocking Potential, LLC - owns nothing | 100 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
 *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
 *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
                    Issuer name:

**21. Retirement or pension accounts**
 *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | Equity Trust Company IRA | $1,536.23 |

**22. Security deposits and prepayments**
 Your share of all unused deposits you have made so that you may continue service or use from a company
 *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
 *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
 *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    Michael E. Samuels

Debtor 2    Laura G. Samuels

Case number *(if known)*

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ■ No

   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

   ■ No

   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No

   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term life Insurance | Spouse | $0.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ■ No

   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No

   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No

   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

   ■ No

   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**...................................................................................................................

   $4,456.23

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ■ No. Go to Part 6.

   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.

   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)*

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | $0.00 |
|---|---|

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55.   **Part 1: Total real estate, line 2** ..............................................................................................................    $978,520.00

| | |
|---|---|
| 56.   **Part 2: Total vehicles, line 5** | $18,681.00 |
| 57.   **Part 3: Total personal and household items, line 15** | $2,400.00 |
| 58.   **Part 4: Total financial assets, line 36** | $4,456.23 |
| 59.   **Part 5: Total business-related property, line 45** | $0.00 |
| 60.   **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61.   **Part 7: Total other property not listed, line 54** + | $0.00 |

62.   **Total personal property.** Add lines 56 through 61...    $25,537.23    Copy personal property total    $25,537.23

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62

| | $1,004,057.23 |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 278 Ritchie Ave. Cincinnati, OH 45215 Hamilton County<br>Line from *Schedule A/B*: 1.1 | $305,750.00 | ■ | $136,925.00 | Ohio Rev. Code Ann. § 2329.66(A)(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 10829 Invicta Ct. Cincinnati, OH 45231 Hamilton County<br>In name of Willis Realty LLC<br>Line from *Schedule A/B*: 1.2 | $45,790.00 | ■ | $0.00 | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2524 Niagara St. Cincinnati, OH 45251 Hamilton County<br>In name of Willis Realty LLC<br>Line from *Schedule A/B*: 1.3 | $57,430.00 | ■ | $0.00 | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2550 Ontario St. Cincinnati, OH 45231 Hamilton County<br>In name of Willis Realty LLC<br>Line from *Schedule A/B*: 1.4 | $51,360.00 | ■ | $0.00 | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 9715 Overview Ln. Cincinnati, OH 45231  Hamilton County<br>In name of Willis Realty LLC<br>Line from *Schedule A/B*: 1.5 | $90,910.00 | ■ | $0.00 | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 6837 Greismer Ave. Cincinnati, OH 45237  Hamilton County<br>In name of Willis Realty, LLC<br>Line from *Schedule A/B*: 1.6 | $50,360.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 9687 Cedarhurst Dr. Cincinnati, OH 45251  Hamilton County<br>In name of Willis Realty LLC<br>Line from *Schedule A/B*: 1.7 | $49,040.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 8634 DeSoto Dr. Cincinnati, OH 45231  Hamilton County<br>In name of Willis Realty, LLC<br>Line from *Schedule A/B*: 1.8 | $39,850.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 1326 Madeleine Cir. Cincinnati, OH 45231  Hamilton County<br>In name of Willis Realty, LLC /Home Solutions LLC<br>Line from *Schedule A/B*: 1.9 | $35,150.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 1272 Frost Ct. Cincinnati, OH 45231  Hamilton County<br>In name of Willis Realty, LLC<br>Line from *Schedule A/B*: 1.10 | $38,740.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 924 Gretna Ln. Cincinnati, OH 45240  Hamilton County<br>In name of Willis Realty, LLC<br>Line from *Schedule A/B*: 1.11 | $84,710.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 817 W. Kemper Rd. Cincinnati, OH 45240  Hamilton County<br>In name of Willis Realty, LLC<br>Line from *Schedule A/B*: 1.12 | $59,210.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 1510 Kinney Ave. Cincinnati, OH 45231  Hamilton County<br>In name of Willis Realty, LLC<br>Line from *Schedule A/B*: 1.13 | $70,220.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 2015 Nissan Sentra 35,000 miles<br>Line from *Schedule A/B*: 3.1 | $14,275.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 2007 Toyota Camry Hybrid 130,000 miles<br>Line from *Schedule A/B*: 3.2 | $4,406.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(2) |
| Refrigerator, Stove, Washer, Dryer ($400), Living Room ($300), Dining Room ($200), Bedroom ($300), Desk, Lamps, Chair ($100)<br>Line from *Schedule A/B*: 6.1 | $1,300.00 | ■ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| TV, DVD ($300), Computer & Printer ($400)<br>Line from *Schedule A/B*: 7.1 | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| Clothing<br>Line from *Schedule A/B*: 11.1 | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| Watch, Costume Jewelry<br>Line from *Schedule A/B*: 12.1 | $200.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(b) |
| 3 dogs<br>Line from *Schedule A/B*: 13.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| Cash on Hand<br>Line from *Schedule A/B*: 16.1 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |
| Checking: US Bank<br>Home Solutions<br>Line from *Schedule A/B*: 17.1 | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |
| Checking: US Bank<br>Samuels Law IOLTA<br>Line from *Schedule A/B*: 17.2 | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |
| Checking: US Bank<br>Samuels Law operating<br>Line from *Schedule A/B*: 17.3 | $1,000.00 | ■ $405.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |
| Checking: US Bank<br>Samuels Law operating<br>Line from *Schedule A/B*: 17.3 | $1,000.00 | ■ $595.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| Checking: US Bank<br>Thinksmart Realty<br>Line from *Schedule A/B*: 17.4 | $1,000.00 | ■ $655.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| Checking: Civista Bank<br>Line from *Schedule A/B*: 17.5 | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 100% ownership of Home Solutions, LLC - owns nothing<br>100 % ownership<br>Line from *Schedule A/B*: 19.2 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 100% ownership of Home Solutions, Ltd - owns nothing<br>100 % ownership<br>Line from *Schedule A/B*: 19.3 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 100% ownership of PS Homes, LLC - owns nothing<br>100 % ownership<br>Line from *Schedule A/B*: 19.4 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 100% ownership of Thinksmart Realty, LLC - owns nothing<br>100 % ownership<br>Line from *Schedule A/B*: 19.5 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 100% ownership of Michael & Bob, LLC - owns nothing<br>100 % ownership<br>Line from *Schedule A/B*: 19.6 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 100% ownership of Samuels Law, LLC - owns computer, file cabinet, desk<br>100 % ownership<br>Line from *Schedule A/B*: 19.7 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(5) |
| 100% ownership of PSH Investments, LLC - owns nothing<br>100 % ownership<br>Line from *Schedule A/B*: 19.8 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| 100% ownership of Unlocking Potential, LLC - owns nothing<br>100 % ownership<br>Line from *Schedule A/B*: 19.9 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(18) |
| IRA: Equity Trust Company IRA<br>Line from *Schedule A/B*: 21.1 | $1,536.23 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(10)(c) |
| Term life Insurance<br>Beneficiary: Spouse<br>Line from *Schedule A/B*: 31.1 | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10, 3911.12, 3911.14 |
| Wages<br>Line from *Schedule A/B*: | Unknown | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | R.C. §2329.66(A)(13) |

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Interest in any property<br>Line from *Schedule A/B*: | $1,250.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | R.C. § 2329.66(A)(18) |
| Cash on Hand<br>Line from *Schedule A/B*: | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(3) |
| Earned Income Credit and Child Tax Credit<br>Line from *Schedule A/B*: | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. §2329.66(A)(9)(g) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | Ditech | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $55,358.88 | $51,360.00 | $3,998.88 |

Describe the property that secures the claim:
2550 Ontario St. Cincinnati, OH 45231
Hamilton County
In name of Willis Realty LLC

P.O. Box 6172
Rapid City, SD 57709-6172

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   First Mortgage-BUSINESS

**Date debt was incurred**  7/13/2007     **Last 4 digits of account number** _____

| 2.2 | Ditech | | | |
|---|---|---|---|---|
| | Creditor's Name | | $62,428.19 | $50,360.00 | $12,068.19 |

Describe the property that secures the claim:
6837 Greismer Ave. Cincinnati, OH 45237  Hamilton County
In name of Willis Realty, LLC

7360 S. Kyrene Rd.
Tempe, AZ 85283-4583

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   First Mortgage-BUSINESS

**Date debt was incurred**  7/13/2017     **Last 4 digits of account number** _____

| Debtor 1 | Michael E. Samuels | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura G. Samuels | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.3 | Equity Trust Company | | $91,000.00 | $90,910.00 | $90.00 |
|---|---|---|---|---|---|

**Creditor's Name**

**Describe the property that secures the claim:**

9715 Overview Ln. Cincinnati, OH
45231  Hamilton County
In name of Willis Realty LLC

P.O. Box 16354
Rochester, NY 14616-3545

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage-BUSINESS

**Date debt was incurred**  8/14/2008        **Last 4 digits of account number**  _____

---

| 2.4 | Fannie Mae | | $52,017.45 | $35,150.00 | $16,867.45 |
|---|---|---|---|---|---|

**Creditor's Name**

**Describe the property that secures the claim:**

1326 Madeleine Cir. Cincinnati, OH
45231  Hamilton County
In name of Willis Realty, LLC /Home Solutions LLC

One S. Wacker Dr., Suite 1300
Chicago, IL 60606-4667

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage-BUSINESS

**Date debt was incurred**  7/13/2007        **Last 4 digits of account number**  _____

---

| 2.5 | First Financial Bank | | $39,220.00 | $70,220.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

**Describe the property that secures the claim:**

1510 Kinney Ave. Cincinnati, OH
45231  Hamilton County
In name of Willis Realty, LLC

300 High St., Room 601
Hamilton, OH 45011

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    BUSINESS

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   Michael E. Samuels
    First Name        Middle Name        Last Name

Debtor 2   Laura G. Samuels
    First Name        Middle Name        Last Name

Case number (if known) _____

---

**Date debt was incurred** 12/13/2016    **Last 4 digits of account number** 8714

| 2.6 | First Financial Bank | Describe the property that secures the claim: | Unknown | $305,750.00 | Unknown |

Creditor's Name

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

300 High St., Room 601
Hamilton, OH 45011

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   BUSINESS

---

**Date debt was incurred** 12/13/2016    **Last 4 digits of account number** 8714

| 2.7 | First Financial Bank | Describe the property that secures the claim: | $6,815.42 | $57,430.00 | $0.00 |

Creditor's Name

2524 Niagara St. Cincinnati, OH 45251
Hamilton County
In name of Willis Realty LLC

300 High St., Room 601
Hamilton, OH 45011

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   BUSINESS

---

**Date debt was incurred** 12/13/2016    **Last 4 digits of account number** 8714

| 2.8 | Guardian Savings Bank* | Describe the property that secures the claim: | $150,000.00 | $305,750.00 | $0.00 |

Creditor's Name

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

2774 Blue Rock Rd.
Cincinnati, OH 45239

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   First Mortgage

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 11

| Debtor 1 | Michael E. Samuels | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura G. Samuels | | | | |
| | First Name | Middle Name | Last Name | | |

Date debt was incurred     10/9/2003        Last 4 digits of account number _____

---

| 2.9 | Home Equity Solutions, Ltd. | | $85,000.00 | $84,710.00 | $290.00 |
|---|---|---|---|---|---|

Creditor's Name

10979 Reed Hartman Highway
Suite 307
Cincinnati, OH 45242

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

924 Gretna Ln. Cincinnati, OH 45240
Hamilton County
In name of Willis Realty, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     First Mortgage-BUSINESS

Date debt was incurred     7/13/2007        Last 4 digits of account number _____

---

| 2.10 | Huntington Bank | | $31,000.00 | $70,220.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

17 S. High St.
Columbus, OH 43216

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1510 Kinney Ave. Cincinnati, OH
45231  Hamilton County
In name of Willis Realty, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     First Mortgage-BUSINESS

Date debt was incurred     2002        Last 4 digits of account number _____

---

| 2.11 | Mr. Cooper Mortgage | | $50,367.71 | $45,790.00 | $4,577.71 |
|---|---|---|---|---|---|

Creditor's Name

8950 Cypress Waters Blvd.
Dallas, TX 75019

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

10829 Invicta Ct. Cincinnati, OH 45231
Hamilton County
In name of Willis Realty LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  4 of 11

| Debtor 1 | Michael E. Samuels | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura G. Samuels | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Check if this claim relates to a
  community debt          ■ Other (including a right to offset)    First Mortgage-BUSINESS

Date debt was incurred  7/13/2007          Last 4 digits of account number _____

---

**2.1
2**  Mr. Cooper Mortgage
_____
Creditor's Name

8950 Cypress Waters Blvd.
Dallas, TX 75019
_____
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**     $50,614.58     $57,430.00     $0.00

2524 Niagara St. Cincinnati, OH 45251
Hamilton County
In name of Willis Realty LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage-BUSINESS

Date debt was incurred  7/13/2007          Last 4 digits of account number _____

---

**2.1
3**  Nissan Motor Acceptance
Bankruptcy Dept.
_____
Creditor's Name

P.O. Box 660366
Dallas, TX 75266-0366
_____
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**     $18,000.00     $14,275.00     $3,725.00

2015 Nissan Sentra 35,000 miles

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Auto Loan

Date debt was incurred  4/22/2015          Last 4 digits of account number _____

---

**2.1
4**  Ocwen*
_____
Creditor's Name

1661 Worthington Rd.,
Suite 100
West Palm Beach, FL
33409
_____
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**     $50,768.93     $49,040.00     $1,728.93

9687 Cedarhurst Dr. Cincinnati, OH
45251  Hamilton County
In name of Willis Realty LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 11

Debtor 1  Michael E. Samuels

  First Name         Middle Name              Last Name                    Case number (if known) _____

Debtor 2  Laura G. Samuels

  First Name         Middle Name              Last Name

- ■ Debtor 1 and Debtor 2 only              ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
- ☐ Check if this claim relates to a         ■ Other (including a right to offset)   First Mortgage-BUSINESS
     community debt

Date debt was incurred   7/13/2007           Last 4 digits of account number _____

---

| 2.1 5 | Ohio Dept. of Taxation | Describe the property that secures the claim: | $13,648.32 | $305,750.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0530

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax Lien

Date debt was incurred   6/7/2016           Last 4 digits of account number   9071

---

| 2.1 6 | Ohio Dept. of Taxation | Describe the property that secures the claim: | $13,732.72 | $305,750.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0530

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax Lien

Date debt was incurred   6/7/2016           Last 4 digits of account number   9072

---

| 2.1 7 | Ohio Dept. of Taxation | Describe the property that secures the claim: | $249.38 | $305,750.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0530

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 6 of 11

Debtor 1    Michael E. Samuels
   First Name  Middle Name   Last Name     Case number (if known) _____

Debtor 2    Laura G. Samuels
   First Name  Middle Name   Last Name

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax Lien

**Date debt was incurred**   3/6/2017   **Last 4 digits of account number**   1162

---

| 2.1 8 | Ohio Dept. of Taxation | | $447.23 | $305,750.00 | $0.00 |
|---|---|---|---|---|---|

**Ohio Dept. of Taxation**
Creditor's Name

Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0530

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax Lien

**Date debt was incurred**   6/6/2017   **Last 4 digits of account number**   9584

---

| 2.1 9 | Ohio Dept. of Taxation | | $748.99 | $305,750.00 | $0.00 |
|---|---|---|---|---|---|

**Ohio Dept. of Taxation**
Creditor's Name

Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0530

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Tax Lien

**Date debt was incurred**   10/20/2017   **Last 4 digits of account number**   8853

---

| 2.2 0 | Ohio Dept. of Taxation | | $675.24 | $305,750.00 | $0.00 |
|---|---|---|---|---|---|

**Ohio Dept. of Taxation**
Creditor's Name

Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0530

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

278 Ritchie Ave. Cincinnati, OH 45215
Hamilton County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Michael E. Samuels | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Laura G. Samuels | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Tax Lien

Date debt was incurred   10/20/2017         Last 4 digits of account number   8855

---

| 2.2 1 | Select Portfolio Servicing, Inc. | Describe the property that secures the claim: | $50,614.58 | $39,850.00 | $10,764.58 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Dept.
P.O. Box 65250
Salt Lake City, UT
84165-0250

Number, Street, City, State & Zip Code

Describe the property that secures the claim:
8634 DeSoto Dr. Cincinnati, OH 45231
Hamilton County
In name of Willis Realty, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage-BUSINESS

Date debt was incurred   7/13/2007         Last 4 digits of account number

---

| 2.2 2 | Stock Yards Bank & Trust | Describe the property that secures the claim: | $39,000.00 | $38,740.00 | $260.00 |
|---|---|---|---|---|---|

Creditor's Name

1040 E. Main St.
P.O. Box 32890
Louisville, KY 40232-2890

Number, Street, City, State & Zip Code

Describe the property that secures the claim:
1272 Frost Ct. Cincinnati, OH 45231
Hamilton County
In name of Willis Realty, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage-BUSINESS

Date debt was incurred   2/18/2009         Last 4 digits of account number

---

| 2.2 3 | Stock Yards Bank & Trust | Describe the property that secures the claim: | $60,000.00 | $59,210.00 | $790.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | Michael E. Samuels | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Laura G. Samuels | |
| | First Name    Middle Name    Last Name | Case number (if known) |

---

Creditor's Name

1040 E. Main St.
P.O. Box 32890
Louisville, KY 40232-2890

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    12/18/2007

817 W. Kemper Rd. Cincinnati, OH
45240  Hamilton County
In name of Willis Realty, LLC

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    First Mortgage-BUSINESS

Last 4 digits of account number

---

| 2.24 | WesBanco, Inc. | | Describe the property that secures the claim: | | Unknown | $50,360.00 | Unknown |

Creditor's Name

1 Bank Plaza
Wheeling, WV 26003

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    9/28/1998

6837 Greismer Ave. Cincinnati, OH
45237  Hamilton County
In name of Willis Realty, LLC

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    Mortgage-BUSINESS

Last 4 digits of account number

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $921,707.62 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $921,707.62 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
Carlisle, McNellie, Rini, Kramer, Ulrich
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690

On which line in Part 1 did you enter the creditor?    2.11

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
Huntington Bank
17 S. High St.
Columbus, OH 43216

On which line in Part 1 did you enter the creditor?    2.12

Last 4 digits of account number ___

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 9 of 11

Debtor 1    Michael E. Samuels
_____
First Name          Middle Name          Last Name

Debtor 2    Laura G. Samuels
_____
First Name          Middle Name          Last Name

Case number (if known)  _____

---

☐    Name, Number, Street, City, State & Zip Code
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, OH 45201-5480

On which line in Part 1 did you enter the creditor?  __2.1__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, OH 45201-5480

On which line in Part 1 did you enter the creditor?  __2.2__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

On which line in Part 1 did you enter the creditor?  __2.12__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

On which line in Part 1 did you enter the creditor?  __2.4__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Ohio Attorney General
Attn: Collections Enforcement Section
150 E. Gay St., 21st Floor
Columbus, OH 43215

On which line in Part 1 did you enter the creditor?  __2.16__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Reisenfeld & Associates*
3962 Red Bank Rd.
Cincinnati, OH 45227-3408

On which line in Part 1 did you enter the creditor?  __2.14__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Reisenfeld & Associates*
3962 Red Bank Rd.
Cincinnati, OH 45227-3408

On which line in Part 1 did you enter the creditor?  __2.21__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Stagnaro, Saba & Patterson
7373 Beechmont Ave.
Cincinnati, OH 45230

On which line in Part 1 did you enter the creditor?  __2.22__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
Stagnaro, Saba & Patterson
7373 Beechmont Ave.
Cincinnati, OH 45230

On which line in Part 1 did you enter the creditor?  __2.23__

Last 4 digits of account number  ___

---

☐    Name, Number, Street, City, State & Zip Code
US Bank *
205 W. Fourth St., Fifth Floor
Cincinnati, OH 45202

On which line in Part 1 did you enter the creditor?  __2.14__

Last 4 digits of account number  ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor 1  Michael E. Samuels | Case number (if known) _____ |
| First Name         Middle Name         Last Name | |
| Debtor 2  Laura G. Samuels | |
| First Name         Middle Name         Last Name | |

☐ Name, Number, Street, City, State & Zip Code
Weltman, Weinberg & Reis
965 Keynote Cir.
Brooklyn Heights, OH 44131

On which line in Part 1 did you enter the creditor? __2.5__

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
Weltman, Weinberg & Reis
525 Vine St., Suite 800
Cincinnati, OH 45202-3145

On which line in Part 1 did you enter the creditor? __2.6__

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
Weltman, Weinberg & Reis
3705 Marlane Dr.
Grove City, OH 43123-8895

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 11

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name / Middle Name / Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** City of Cincinnati | Last 4 digits of account number _____ | $1,750.00 | $1,750.00 | $0.00 |
| Priority Creditor's Name | | | | |
| 805 Central Ave., Suite 600 | When was the debt incurred? _____ | | | |
| Cincinnati, OH 45202-5977 | | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| ☐ Debtor 1 only | ☑ Unliquidated | | | |
| ☐ Debtor 2 only | ☐ Disputed | | | |
| ☑ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| ☐ **Check if this claim is for a  community debt** | ☑ Taxes and certain other debts you owe the government | | | |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☑ No | ☐ Other. Specify _____ | | | |
| ☐ Yes | Fines - BUSINESS | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    23758                    Best Case Bankruptcy

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

| 2.2 | **Internal Revenue Service\*** | Last 4 digits of account number ___ ___ ___ ___ | $8,500.00 | $8,500.00 | $0.00 |

Priority Creditor's Name
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?   2016-2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
             Income Tax

---

| 2.3 | **Ohio Bureau of Workers' Compensation** | Last 4 digits of account number ___ ___ ___ ___ | Unknown | Unknown | Unknown |

Priority Creditor's Name
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☑ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
       Workers' Compensation Premiums-BUSINESS

---

| 2.4 | **Ohio Dept. of Job & Family Services** | Last 4 digits of account number ___ ___ ___ ___ | Unknown | Unknown | Unknown |

Priority Creditor's Name
P.O. Box 182404
Columbus, OH 43218-2404
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
       Unemployment premiums-BUSINESS

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  Michael E. Samuels

Debtor 2  Laura G. Samuels

Case number (if known) _____

| 2.5 | Regional Income Tax Agency | Last 4 digits of account number ____ ____ ____ ____ | $281.60 | $281.60 | $0.00 |

Priority Creditor's Name

10107 Brecksville Rd.

Brecksville, OH 44141

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
Income Taxes

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |

| 4.1 | Accredited Home Lenders | Last 4 digits of account number ____ ____ ____ ____ | Unknown |

Nonpriority Creditor's Name

15253 Avenue of Science

San Diego, CA 92128

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Deficiency on Foreclosure-BUSINESS

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

| 4.2 | American Express | Last 4 digits of account number _____ | $15,500.53 |

Nonpriority Creditor's Name
P.O. Box 7871
Ft. Lauderdale, FL 33329
Number Street City State Zip Code

**When was the debt incurred?** 2016-2017

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card-BUSINESS

---

| 4.3 | Bank of America* | Last 4 digits of account number _____ | $20,283.37 |

Nonpriority Creditor's Name
P.O. Box 982236
El Paso, TX 79998-2236
Number Street City State Zip Code

**When was the debt incurred?** 2011-2014

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card-BUSINESS

---

| 4.4 | Cheviot Savings Bank | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
3723 Glenmore Ave.
Cincinnati, OH 45211
Number Street City State Zip Code

**When was the debt incurred?** 2003

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Deficiency on Foreclosure-BUSINESS

---

Debtor 1  Michael E. Samuels
Debtor 2  Laura G. Samuels

Case number (if known) _____

---

| 4.5 | **Christ Hospital Medical Associates** | Last 4 digits of account number _____ | $131.38 |

Nonpriority Creditor's Name
2123 Auburn Ave., Suite 520
Cincinnati, OH 45219
Number Street City State Zip Code

When was the debt incurred?    2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical

---

| 4.6 | **Cincinnati Legal & Admin** | Last 4 digits of account number _____ | $1,750.00 |

Nonpriority Creditor's Name
c/o Pohler & Associates
6445 E. Livingston Ave.
Reynoldsburg, OH 43068-3560
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Services-BUSINESS

---

| 4.7 | **CIT Group** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1 CIT Dr.
Livingston, NJ 07039
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Deficiency on Foreclosure-BUSINESS

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

| 4.8 | Dante Horton | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
817 W. Kemper Rd.
Cincinnati, OH 45240
Number Street City State Zip Code

When was the debt incurred?   2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Possible liability on breach of contract-BUSINESS

---

| 4.9 | Deutsche Bank | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
60 Wall St.
New York, NY 10005-2858
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

| 4.10 | Discover* | Last 4 digits of account number _____ | $2,325.94 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 3025
New Albany, OH 43054-3025
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit Card-BUSINESS

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

**4.1 1**

**Ditech**
Nonpriority Creditor's Name

7360 S. Kyrene Rd.
Tempe, AZ 85283-4583
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Deficiency on Foreclosure-BUSINESS

---

**4.1 2**

**Dubin, Neil   MD**
Nonpriority Creditor's Name

58 E. Hollister St.
Cincinnati, OH 45219
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    2017-2018

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Medical

---

**4.1 3**

**Elite Groundscapes LLC**
Nonpriority Creditor's Name

12 Walnut St.
Cincinnati, OH 45215
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    2016-2017

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Services-BUSINESS

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

| 4.1 4 | **Emery Federal Credit Union** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
7890 E. Kemper Rd.
Cincinnati, OH 45249-1614
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Deficiency on Repossession _____

---

| 4.1 5 | **Fedloan Servicing** | **Last 4 digits of account number** _____ | $25,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 69184
Harrisburg, PA 17106-9184
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

                                  Student Loans (non-dischargeable)

---

| 4.1 6 | **Fifth Third Bank*** | **Last 4 digits of account number** _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
38 Fountain Square Plaza
Cincinnati, OH 45263
Number Street City State Zip Code

**When was the debt incurred?**   2001-2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Deficiency on Foreclosures-BUSINESS

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

**4.17**

| Foreman & Walsh | Last 4 digits of account number _____ | $4,000.00 |
|---|---|---|

Nonpriority Creditor's Name
8005 Plainfield Rd.
Cincinnati, OH 45236
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Services-BUSINESS

---

**4.18**

| Franklin Savings Bank | Last 4 digits of account number _____ | Unknown |
|---|---|---|

Nonpriority Creditor's Name
7944 Beechmont Ave.
Cincinnati, OH 45255
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Foreclosure-BUSINESS EXPENSE

---

**4.19**

| Greater Cincinnati Water Works | Last 4 digits of account number _____ | $2,299.59 |
|---|---|---|

Nonpriority Creditor's Name
4747 Spring Grove Ave.
Cincinnati, OH 45232-1986
Number Street City State Zip Code

**When was the debt incurred?**   2017-2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Utilities-BUSINESS

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

| **4.2 0** | **Home Equity Solutions, Ltd.** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
10979 Reed Hartman Highway
Suite 307
Cincinnati, OH 45242
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

| **4.2 1** | **Johnstone Supply** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
1212 Dalton Ave.
Cincinnati, OH 45203
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

| **4.2 2** | **Kathleen Hart** | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
5593 Bayberry Dr.
Cincinnati, OH 45242
Number Street City State Zip Code

**When was the debt incurred?**   2008

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal Loan

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

**4.2 3**   Latonia Finance Company

Nonpriority Creditor's Name

3826 Winston Ave.
Cincinnati, OH 45215

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

**4.2 4**   LCS Financial Services

Nonpriority Creditor's Name

6782 S. Potomac St., Suite 100
Centennial, CO 80112-3915

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $3,771.08

**When was the debt incurred?**   2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

**4.2 5**   Lomas Mortgage USA

Nonpriority Creditor's Name

717 Harwood St., Suite 1800
Dallas, TX 75201-6585

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

**4.26**

| Lowes Credit Card | Last 4 digits of account number _____ | $13,830.26 |
|---|---|---|

Nonpriority Creditor's Name
P.O. Box 965004
Orlando, FL 32896-5004
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card-BUSINESS

---

**4.27**

| MainSource Bank | Last 4 digits of account number _____ | Unknown |
|---|---|---|

Nonpriority Creditor's Name
2105 N. State Rd. 3 Bypass
Greensburg, IN 47240
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

**4.28**

| Manufacturers & Traders Trust Company | Last 4 digits of account number _____ | Unknown |
|---|---|---|

Nonpriority Creditor's Name
One M&T Plaza
345 Main St.
Buffalo, NY 14203-2399
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  Michael E. Samuels
Debtor 2  Laura G. Samuels

Case number (if known) _____

| 4.2 9 | Navient | | $25,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 9500

Wilkes Barre, PA 18773

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

Student Loans (non-dischargeable)

---

| 4.3 0 | Nissan Motor Acceptance Bankruptcy Dept. | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 660366

Dallas, TX 75266-0366

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Repossession

---

| 4.3 1 | OneMain Financial | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

9691 Kenwood Rd.

Cincinnati, OH 45242-6128

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**   2/26/1996

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Short Sale-BUSINESS

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

| 4.3 2 | | |
|---|---|---|

**PNC Bank**

Nonpriority Creditor's Name

2730 Liberty Ave.
Pittsburgh, PA 15222

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

| 4.3 3 | | |
|---|---|---|

**Professional Radiology, Inc.**

Nonpriority Creditor's Name

P.O. Box 630110
Cincinnati, OH 45263-0110

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $52.74

**When was the debt incurred?**   2016-2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical

---

| 4.3 4 | | |
|---|---|---|

**Rhonda Marsh**

Nonpriority Creditor's Name

817 W. Kemper Rd.
Cincinnati, OH 45240

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**   2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Possible liability on breach of contract-BUSINESS

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

| 4.35 | Sander German |
|---|---|

Nonpriority Creditor's Name
5435 Kenwood Rd. #1213
Cincinnati, OH 45227
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**   2010

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal Loan

---

| 4.36 | Sandra J. Evans |
|---|---|

Nonpriority Creditor's Name
6300 Witheby Ave.
Cincinnati, OH 45224
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $1,590.00

**When was the debt incurred?**   2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Refund of deposit owed-BUSINESS

---

| 4.37 | Seterus, Inc. |
|---|---|

Nonpriority Creditor's Name
P.O. Box 1077
Hartford, CT 06143-1077
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Deficiency on Foreclosure

Debtor 1  Michael E. Samuels
Debtor 2  Laura G. Samuels

Case number (if known) _____

---

| 4.3 8 | Statebridge Company | Last 4 digits of account number _____ | $71,814.24 |
|---|---|---|---|

Nonpriority Creditor's Name
5680 Greenwood Plaza Blvd., Suite 100S
Greenwood Village, CO 80111

**When was the debt incurred?**    2009

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Deficiency on Foreclosures-BUSINESS

---

| 4.3 9 | Tischler, Arthur   MD | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
50 Lakewood Rd.
Newton, MA 02461

**When was the debt incurred?**    2017-2018

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Medical

---

| 4.4 0 | Transamerica Financial | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
910 Sycamore Ave.
Vista, CA 92083

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   Deficiency on Foreclosure-BUSINESS

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

| 4.4<br>1 | United Fidelity Bank | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

411 Ludlow Ave.
Cincinnati, OH 45220

Number Street City State Zip Code

**When was the debt incurred?**   2007

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Foreclosures-BUSINESS

---

| 4.4<br>2 | United Fidelity Bank | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

411 Ludlow Ave.
Cincinnati, OH 45220

Number Street City State Zip Code

**When was the debt incurred?**   8/1/2000

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Short Sale-BUSINESS

---

| 4.4<br>3 | United Fidelity Bank | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

411 Ludlow Ave.
Cincinnati, OH 45220

Number Street City State Zip Code

**When was the debt incurred?**   2/13/2007

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Deficiency on Short Sale-BUSINESS

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

---

**4.4 4**

| Urology Group | |
|---|---|
| Nonpriority Creditor's Name | |

2000 Joseph E. Sanker Blvd.
Cincinnati, OH 45212
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**    2017-2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical

---

**4.4 5**

| US Bank Home Mortgage | |
|---|---|
| Nonpriority Creditor's Name | |

4801 Frederica St.
Owensboro, KY 42301
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Deficiency on Foreclosure-BUSINESS

---

**4.4 6**

| WesBanco, Inc. | |
|---|---|
| Nonpriority Creditor's Name | |

1 Bank Plaza
Wheeling, WV 26003
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Deficiency on Foreclosure-BUSINESS

---

Debtor 1   Michael E. Samuels

Debtor 2   Laura G. Samuels

Case number (if known) _____

| | | |
|---|---|---|
| **4.47** | Wolf & Adler Family Dentistry | |

Nonpriority Creditor's Name

10475 Reading Rd., Suite 408
Cincinnati, OH 45241-2500

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $1,817.00

**When was the debt incurred?**   2017-2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Dental

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Buckingham, Doolittle & Burroughs<br>4518 Fulton Drive, NW<br>Canton, OH 44718 | Line 4.38 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Carlisle, McNellie, Rini, Kramer, Ulrich<br>24755 Chagrin Blvd., Suite 200<br>Cleveland, OH 44122-5690 | Line 4.16 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| City of Cincinnati Solicitor<br>801 Plum St., Room 214<br>Cincinnati, OH 45202 | Line 2.1 of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Clunk, John   Esq.<br>4500 Courthouse Blvd., Suite 400<br>Stow, OH 44224 | Line 4.16 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Clunk, John   Esq.<br>4500 Courthouse Blvd., Suite 400<br>Stow, OH 44224 | Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Consumer Finance<br>P.O. Box 17518<br>Baltimore, MD 21297 | Line 4.7 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Controlled Credit Corp.<br>644 Linn St., Suite 1105<br>Cincinnati, OH 45203-1742 | Line 4.33 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known)

---

D&S Global Solutions
13809 Research Blvd., Suite 800
Austin, TX 78750

Line 4.26 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Dyck-O'Neal Inc.
6060 N. Central Expressway
Dallas, TX 75206-5209

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.16 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
ERC
P.O. Box 57547
Jacksonville, FL 32241

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.10 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Federal Home Loan Mortgage Corp.
8200 Jones Branch Dr.
Mc Lean, VA 22102-3110

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Felty & Lembright
1001 Lakeside Ave. E, Suite 1300
Cleveland, OH 44114-1197

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.16 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Fifth Third Bank*
38 Fountain Square Plaza
Cincinnati, OH 45263

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Glennon Law Firm
P.O. Box 30465
Cincinnati, OH 45230

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Global Client Solutions
4500 South 129th Avenue, Suite 177
Tulsa, OK 74134

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.46 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Global Connection Inc.
P.O. Box 5096
Chicago, IL 60680-5096

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.45 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Global Control, Inc.
22 E. Main St.
P.O. Box 750
Geneva, OH 44041

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.44 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Global Credit & Collection
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656-1490

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.41 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Global Credit & Collection
5440 N. Cumberland Ave., Suite 300

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.42 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number (if known) _____

Chicago, IL 60656-1490

| | Last 4 digits of account number |
|---|---|

---

**Name and Address**
Global Credit & Collection
P.O. Box 2129
Schiller Park, IL 60176-0129

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.43 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Global Merchant Cash, Inc.
64 Beaver St.
New York, NY 10004

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.40 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Global Payments, Inc.
P.O. Box 59371
Chicago, IL 60659

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.39 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Global Recovery Services India
7805 Hudson Rd., Suite 100
Woodbury, MN 55125

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Global Services, Inc.
P.O. Box 5096
Chicago, IL 60680

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.37 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Lanter & Associates
5752 Cheviot Rd., Suite A
Cincinnati, OH 45247

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.41 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Lanter & Associates
5752 Cheviot Rd., Suite A
Cincinnati, OH 45247

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.42 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Lanter & Associates
5752 Cheviot Rd., Suite A
Cincinnati, OH 45247

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.43 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, OH 45201-5480

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.16 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Levy & Associates
4645 Eexecutive Dr.
Columbus, OH 43220

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.3 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.16 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Official Form 106 E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     Page 21 of 24

Debtor 1  Michael E. Samuels
Debtor 2  Laura G. Samuels

Case number (if known)

---

**Name and Address**
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.45** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
MERS
1818 Library St., Suite 300
Reston, VA 20190

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Noe & MacLeid
810 Sycamore St., 4th Floor
Cincinnati, OH 45202

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Northland Group, Inc.
P.O. Box 390905
Edina, MN 55439

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Ohio Attorney General
Attn: Collections Enforcement Section
150 E. Gay St., 21st Floor
Columbus, OH 43215

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Online Information
P.O. Box 1489
Winterville, NC 28590

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108-0988

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Pohler & Associates
6445 E. Livingston Ave.
Reynoldsburg, OH 43068-3560

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Receivables Management Partners
P.O. Box 349
Greensburg, IN 47240-0349

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Richards & Associates
9200 Montgomery Rd., Bldg. 7B
Cincinnati, OH 45242

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Robbins, Kelly, Patterson & Tucker
7 W. Seventh St., Suite 1400
Cincinnati, OH 45202-2417

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Robbins, Kelly, Patterson & Tucker

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

| Debtor 1 | Michael E. Samuels | |
|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number (if known) |

7 W. Seventh St., Suite 1400
Cincinnati, OH 45202-2417

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Sonnek & Goldblatt | Line **4.19** of (Check one): |
| 2368 Victory Pkwy., Suite 420 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Cincinnati, OH 45206 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Sonnek & Goldblatt | Line **4.24** of (Check one): |
| 2368 Victory Pkwy., Suite 420 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Cincinnati, OH 45206 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Stawiarski & Associates | Line **4.24** of (Check one): |
| 6782 S. Potomac St., Suite 150 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Centennial, CO 80112 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| U.S. Attorney | Line **2.2** of (Check one): |
| 221 E. Fourth St., Suite 400 | ■ Part 1: Creditors with Priority Unsecured Claims |
| Cincinnati, OH 45202 | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| U.S. Attorney | Line **2.2** of (Check one): |
| 312 Elm St., Suite 2300 | ■ Part 1: Creditors with Priority Unsecured Claims |
| Cincinnati, OH 45202 | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| U.S. Dept. of Education* - Direct Loans | Line **4.15** of (Check one): |
| P.O. Box 5609 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Greenville, TX 75403-5609 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Wyoming School District | Line **2.5** of (Check one): |
| 420 Springfield Pike | ■ Part 1: Creditors with Priority Unsecured Claims |
| Cincinnati, OH 45215 | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___

---

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 10,531.60 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 10,531.60 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 50,000.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount | 6i. | $ 139,166.13 |

Debtor 1  Michael E. Samuels

Debtor 2  Laura G. Samuels

Case number (if known) _____

here.

6j.   **Total Nonpriority.** Add lines 6f through 6i.          6j.   $ _____ 189,166.13

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | Michael E. Samuels | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Laura G. Samuels | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 Name<br><br>Number    Street<br><br>City            State        ZIP Code | |
| 2.2 Name<br><br>Number    Street<br><br>City            State        ZIP Code | |
| 2.3 Name<br><br>Number    Street<br><br>City            State        ZIP Code | |
| 2.4 Name<br><br>Number    Street<br><br>City            State        ZIP Code | |
| 2.5 Name<br><br>Number    Street<br><br>City            State        ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Home Solutions, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | ☑ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Equity Trust Company |
| 3.2 | Home Solutions, Ltd.<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | ☑ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Fannie Mae |
| 3.3 | Michael & Bob, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | ☑ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Home Equity Solutions, Ltd. |

| Debtor 1 | Michael E. Samuels | Case number *(if known)* | |
|---|---|---|---|
| | Laura G. Samuels | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | PS Homes, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | ☑ Schedule D, line ___2.6___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>First Financial Bank |
| 3.5 | PSH Investments, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | ☑ Schedule D, line ___2.10___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Huntington Bank |
| 3.6 | Thinksmart Realty, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | ☑ Schedule D, line ___2.8___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Guardian Savings Bank* |
| 3.7 | Willis Realty, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | ☑ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Ditech |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| Debtor 2 (Spouse, if filing) | Laura G. Samuels |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | Attorney -self employed | Teacher |
| | Employer's name | Michael Samuels Law, LLC | Summit Country Day School |
| | Employer's address | 278 Ritchie Ave.<br>Cincinnati, OH 45215 | 2161 Grandin Rd.<br>Cincinnati, OH 45208 |
| | How long employed there? | opened Sept 2018 | 1.5 years |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $       5,416.67 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $       5,416.67 |

Debtor 1    Michael E. Samuels

Debtor 2    Laura G. Samuels                Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 0.00 | $ 5,416.67 |
| 5. **List all payroll deductions:** | | | | |
| 5a.    **Tax, Medicare, and Social Security deductions** | 5a. | $ | 0.00 | $ 1,115.12 |
| 5b.    **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ 0.00 |
| 5c.    **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ 0.00 |
| 5d.    **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ 0.00 |
| 5e.    **Insurance** | 5e. | $ | 0.00 | $ 296.73 |
| 5f.    **Domestic support obligations** | 5f. | $ | 0.00 | $ 0.00 |
| 5g.    **Union dues** | 5g. | $ | 0.00 | $ 0.00 |
| 5h.    **Other deductions.** Specify:   LTD | 5h.+ | $ | 0.00 | + $ 26.56 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ 1,438.41 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 0.00 | $ 3,978.26 |
| 8. **List all other income regularly received:** | | | | |
| 8a.    **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 480.00 | $ 0.00 |
| 8b.    **Interest and dividends** | 8b. | $ | 0.00 | $ 0.00 |
| 8c.    **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ 0.00 |
| 8d.    **Unemployment compensation** | 8d. | $ | 1,876.00 | $ 0.00 |
| 8e.    **Social Security** | 8e. | $ | 0.00 | $ 0.00 |
| 8f.    **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ | 0.00 | $ 0.00 |
| 8g.    **Pension or retirement income** | 8g. | $ | 0.00 | $ 0.00 |
| 8h.    **Other monthly income.** Specify: _____ | 8h.+ | $ | 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 2,356.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,356.00 + $ 3,978.26 = | | $ 6,334.26 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11.   +$      0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies      12.   $      6,334.26

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

> No significant changes are anticipated.
> Husband opened is Law Office in Sept 2018. His gross eanings for the last 3 months have been $1800.00 less monthly expenses Liability insurance $50.00 and cell phone $50.00, miscell office supplies $20.00.
> Husband also receives unemployment of $433.00 weekly.
> Wife earns $2,500.00 salary biweekly.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| Debtor 2 (Spouse, if filing) | Laura G. Samuels |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    　　☐ No

    　　■ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**　☐ No

    Do not list Debtor 1 and Debtor 2.　■ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 29 | ■ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**　■ No　☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ 2,214.49 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ 0.00 |

| Debtor 1 | Michael E. Samuels | | |
|---|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number (if known) | |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. | $ 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ 80.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 150.00 |
| | 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ 225.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ 70.00 |
| 10. | **Personal care products and services** | | 10. | $ 20.00 |
| 11. | **Medical and dental expenses** | | 11. | $ 80.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $ 550.00 |
| | 15b. | Health insurance | 15b. | $ 563.00 |
| | 15c. | Vehicle insurance | 15c. | $ 135.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. | Other. Specify: | 17c. | $ 0.00 |
| | 17d. | Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. | $ 0.00 |
| | 20b. | Real estate taxes | 20b. | $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. | **Other:** Specify: One dog-pet care | | 21. +$ | 30.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 4,617.49 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | 3,104.00 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 7,721.49 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,334.26 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,721.49 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -1,387.23 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.

> Explain here: No significant changes are anticipated.
> 29 y.o. daughter lives with Debtor Wife; daughter has special needs however does work at Kroger and pays her own pesonal expenses.
> Husband had been a 1099 contract attorney with the Taft Firm until August 2018. Debtor pays $563.00 monthly for COBRA health insurance.

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number (if known) _____

---

**Fill in this information to identify your case:**

Debtor 1            Michael E. Samuels

Debtor 2            Laura G. Samuels
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number
(If known)        _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

---

## Official Form 106J-2

## Schedule J-2: Your Expenses for Separate Household of Debtor 2                    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Your Household

1.  **Do you and Debtor 1 maintain separate households?**
    ☐  No. Do not complete this form.
    ■  Yes

2.  **Do you have dependents?**      ☐ No
    Do not list Debtor 1 but          ■ Yes.
    list all other
    dependents of Debtor 2
    regardless of whether
    listed as a dependent
    of Debtor 1 on
    Schedule J.

    Do not state the
    dependents names.

| Fill out this information for each dependent................ | Dependent's relationship to Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 29 | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include**       ■ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

### Part 2:      Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value
of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)          **Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage          4.  $                    1,200.00
    payments and any rent for the ground or lot.

    If not included in line 4:

    4a.   Real estate taxes                                                      4a.  $                        0.00
    4b.   Property, homeowner's, or renter's insurance                           4b.  $                        0.00
    4c.   Home maintenance, repair, and upkeep expenses                          4c.  $                        0.00

Debtor 1  Michael E. Samuels
Debtor 2  Laura G. Samuels                                    Case number (if known)  _____

| | | | |
|---|---|---|---|
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | 150.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 150.00 |
| 6d. | Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 350.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 180.00 |
| 10. | **Personal care products and services** | 10. $ | 30.00 |
| 11. | **Medical and dental expenses** | 11. $ | 120.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 275.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 165.00 |
| 15d. | Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | 424.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: _____ | 17c. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  2 dogs-Pet care | 21. +$ | 60.00 |
| 22. | **Your monthly expenses.** Add lines 5 through 21. The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2. | $ | 3,104.00 |

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   Explain here: Debtor Wife's rent is $2200.00 monthly however Daughter pays $500.00 and her Father pays $500 and Debtor pays $1200.00.
Debtor Wife has financial assistance from her family to maintain her expenses including her car payment.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X  /s/ Michael E. Samuels | X  /s/ Laura G. Samuels |
|---|---|
| Michael E. Samuels | Laura G. Samuels |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date  December 4, 2018 | Date  December 4, 2018 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Laura G. Samuels |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☐ Married
■ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 278 Ritchie Ave. Cincinnati, OH 45215 | From-To: 1994 - 5/2017 | ☐ Same as Debtor 1 278 Ritchie Ave. Cincinnati, OH 45215 | ☐ Same as Debtor 1 From-To: 1994 - 5/2018 |
| 3891 Mack Rd. #129 Fairfield, OH 45014 | From-To: 5/2017 - 5/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

| Debtor 1 | Michael E. Samuels | |
|---|---|---|
| Debtor 2 | Laura G. Samuels | |
| | | Case number (if known) |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $67,456.25 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $54,630.90 |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $39,948.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $67,110.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $15,375.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $121,293.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Unemployment - weekly | $433.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | Interest | $3,580.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number *(if known)* _____

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Sandra Evans v. Home Solutions & Michael Samuels 16CV12910 | Small Claim | Hamilton County Municipal Court | ☐ Pending ☐ On appeal ☐ Concluded<br><br>Judgment |
| City of Cincinnati (Water works) v. Willis Realty 18CV05969 | Small Claim | Hamilton County Municipal Court | ■ Pending ☐ On appeal ☐ Concluded |
| Bank of America v. Samuels A1706667 | Complaint | Hamilton County Common Pleas | ■ Pending ☐ On appeal ☐ Concluded |

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| First Financial Bank v. Samuels<br>A1504806 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; prop sold 2016; CJ filed 12/13/2016 |
| Fifth Third v. Samuels<br>A1404241 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1404742 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1404819 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1404825 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1404923 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1404952 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1404954 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1404993 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>Judgment; property sold 2015 |

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Fifth Third v. Samuels<br>A1405041 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1405071 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1405187 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1405206 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1405609 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1405729 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1406151 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1407078 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Home Solutions LLC<br>A1407362 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Fifth Third v. Samuels<br>A1500342 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgmenr; property sold 2015 |
| Fifth Third v. Samuels<br>A1500473 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1500509 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Samuels<br>A1500649 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1500710 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2015 |
| Fifth Third v. Home Solutions<br>A1501081 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1501242 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgmenr; property sold 2016 |
| Fifth Third v. Willis Realty<br>A1504715 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1504765 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Fifth Third v. Willis Realty<br>A1504771 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1504824 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1504851 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Willis Realty<br>A1504867 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1504991 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1505037 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1505105 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1505142 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Fifth Third v. Samuels<br>A1505164 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; sold 2016 |

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Fifth Third v. Samuels<br>A1505766 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| US Bank v. Samuels<br>A1600749 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; sold 2016 |
| Ditech Financial v. Samuels<br>A1600757 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| United Fidelity Bank v. Willis Realty<br>A1600821 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 2016 |
| Cheviot Savings Bank v. Home Solutions<br>A1602615 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; properties sold 2017 |
| Ditech Financial v. Willis Realty<br>A1603952 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 6/29/2017 |
| MainSource Bank v. Home Solutions<br>A1701471 | Foreclosure | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment; property sold 9/14/2017 |
| Stock Yards Bank & Trust v. Home Solutions<br>A1404873 | Foreclosure (1272 Frost Ct. & 817 W. Kemper Rd.) | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Mr Cooper v. Willis Realty<br>A1705674 | Foreclosure (10829 Invicta Ct.) | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Select Portfolio Servicing v. Samuels<br>A1705690 | Foreclosure (8634 Desoto Dr) | Hamilton County Common Pleas | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>Judgment |
| Ditech Financial v. Samuels<br>A1706751 | Foreclosure (6837 Greismer Ave) | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Mr. Cooper v. Samuels<br>A1706942 | Foreclosure (2524 Niagara St) | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| US Bank v. Samuels<br>A1800396 | Foreclosure (9687 Cedarhurst Dr) | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Ditech v. Samuels<br>A1801229 | Foreclosure (2550 Ontario St) | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| United Fidelity Bank v. Willis Realty<br>A1801760 | Foreclosure - 3705 Standish | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| United Fidelity Bank v. Willis Realty<br>A1801761 | Foreclosure - 3923 Zinsle | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Statebridge Company v. Samuels<br>A1802203 | Complaint | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| FNMA v. Samuels<br>A1802285 | Foreclosure - 1306 Madeleine Cir. | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| American Express v. Samuels<br>A1805781 | Complaint | Hamilton County Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Michael E. Samuels | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | Laura G. Samuels | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Ditech<br>7360 S. Kyrene Rd.<br>Tempe, AZ 85283-4583 | 6491 Betts Ave., Cincinnati, OH  45239<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 6/29/2017 | Unknown |
| MainSource Bank<br>2105 N. State Rd. 3 Bypass<br>Greensburg, IN 47240 | 1818 Emerson Ave., Cincinnati, OH  45239<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 9/14/2017 | Unknown |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
- ■ No
- ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Debtor 1 | Michael E. Samuels | | |
|---|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number *(if known)* | |

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Kathleen Mezher & Associates, LLC<br>8075 Beechmont Avenue<br>Cincinnati, OH 45255<br>kathleen@mezherlaw.com | Attorney Fees | 5/2018 | $6,000.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Luis Ojeda<br>3626 Zinsle Ave.<br>Cincinnati, OH 45213<br><br>None | 3923 Zinsle Ave.<br>CIncinnati, OH  45213 | $60,000.00 gross sale price; Debtor had to pay $610.05 to close sale. | 10/2018 |
| Luis Ojeda<br>3626 Zinsle Ave.<br>Cincinnati, OH 45213<br><br>None | 3705 Standish Ave.<br>CIncinnati, OH  45213 | $55,000.00 gross sale price; Debtor had to pay $34.72 to close sale. | 10/2018 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a**

Debtor 1    Michael E. Samuels

Debtor 2    Laura G. Samuels

Case number *(if known)*

**beneficiary?** (These are often called *asset-protection devices*.)

■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No

☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No

☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Michael E. Samuels |
|---|---|
| Debtor 2 | Laura G. Samuels |

Case number *(if known)*

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

- ☑ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☑ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Unlocking Potential, LLC | Counselling | EIN: 4948 |
| | | From-To 2015-2017 |
| PSH Investments, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Real Estate Rental | EIN: 1608 |
| | | From-To 2011-2017 |
| Michael Samuels Law, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Law Practice | EIN: 1606 |
| | | From-To 9/2018 - present |
| Willis Realty, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Real Estate Rental | EIN: 1606 |
| | | From-To 2015-2017 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Michael E. Samuels
Debtor 2    Laura G. Samuels

Case number *(if known)*

| Business Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>**Name of accountant or bookkeeper** | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Home Solutions, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Real estate rental | **EIN:**<br>**From-To**  2001-2016 |
| Home Solutions, Ltd.<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Real estate rental | **EIN:**<br>**From-To**  2001-2016 |
| PS Homes, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Real Estate Rental | **EIN:**<br>**From-To**  2008-2017 |
| Thinksmart Realty, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Real Estate Rental | **EIN:**<br>**From-To**  1999-2017 |
| Michael & Bob, LLC<br>278 Ritchie Ave.<br>Cincinnati, OH 45215 | Real estate rental | **EIN:**<br>**From-To**  1996-2017 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| Debtor 1 | Michael E. Samuels | Case number *(if known)* |
|----------|--------------------|--------------------------|
| Debtor 2 | Laura G. Samuels   |                          |

---

**Part 12:**  **Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Michael E. Samuels                              /s/ Laura G. Samuels

Michael E. Samuels                                   Laura G. Samuels
**Signature of Debtor 1**                            **Signature of Debtor 2**

Date   December 4, 2018                              Date   December 4, 2018

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re    Michael E. Samuels                               Case No. _____
       Laura G. Samuels

                                    Debtor(s)           Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept                   $          6,000.00

      Prior to the filing of this statement I have received        $          6,000.00

      Balance Due                                         $          0.00

2.   $   335.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.
         Debtors retained counsel in November 2017 for bankruptcy planning; Debtors' situation had numerous complexities due to multiple foreclosures pending, tax issues, employment issues, and marital issues, all of which affected the bankruptcy analysis and decisionmaking for filing their bankruptcy petition.
         Counsel had to engage in extensive research on the status of lawsuits, ownership of real estate, mortgage and lien recordation, and status of Debtors' business entities.
         Counsel engaged in numerous discussions and meetings with Debtors concerning their income and living arrangements.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

In re    Michael E. Samuels                                 Case No. _____
Laura G. Samuels
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 4, 2018
_____
*Date*

/s/ Kathleen D. Mezher
_____
Kathleen D. Mezher #0016982
*Signature of Attorney*
Kathleen Mezher & Associates, LLC
8075 Beechmont Avenue
Cincinnati, OH 45255
(513) 388-4651; (513) 474-3700  Fax: (513) 388-4652
kathleen@mezherlaw.com
*Name of law firm*

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| Debtor 2 (Spouse, if filing) | Laura G. Samuels |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

   | | Debtor 1 | | |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $ _____ | | |
   | Ordinary and necessary operating expenses | -$ _____ | | |
   | Net monthly income from a business, profession, or farm | $ _____ | **Copy here ->** $ _____ | $ _____ |

6. **Net income from rental and other real property**

   | | Debtor 1 | | |
   |---|---|---|---|
   | Gross receipts (before all deductions) | $ _____ | | |
   | Ordinary and necessary operating expenses | -$ _____ | | |
   | Net monthly income from rental or other real property | $ _____ | **Copy here ->** $ _____ | $ _____ |

7. **Interest, dividends, and royalties**        $ _____        $ _____

| Debtor 1 | Michael E. Samuels | |
|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number (*if known*) _____ |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you ................................................ $ _____

For your spouse .................................. $ _____

| 9. **Pension or retirement income.** Do not include any amount received that was a<br>benefit under the Social Security Act. | $ _____ | $ _____ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

|  | Column A | Column B |
|---|---|---|
| . _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly
income**

---

**Part 2:**     Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .................... **Copy line 11 here=>**     $ _____

Multiply by 12 (the number of months in a year)     **x 12**

12b. The result is your annual income for this part of the form     12b.     $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     _____

Fill in the number of people in your household.     _____

Fill in the median family income for your state and size of household. ...................     13.     $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**     Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

| **X** /s/ Michael E. Samuels | **X** /s/ Laura G. Samuels |
|---|---|
| Michael E. Samuels | Laura G. Samuels |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date December 4, 2018 | Date December 4, 2018 |
| MM / DD / YYYY | MM / DD / YYYY |

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1      Michael E. Samuels

Debtor 2      Laura G. Samuels
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Ohio

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes. Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Michael E. Samuels |
| Debtor 2 (Spouse, if filing) | Laura G. Samuels |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |
| 5. **Net income from operating a business, profession, or farm** | | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from a business, profession, or farm | $ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from rental or other real property | $ | Copy here -> $ _____ | $ _____ |

7. **Interest, dividends, and royalties**    $ _____    $ _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Michael E. Samuels | | |
|---|---|---|---|
| Debtor 2 | Laura G. Samuels | | Case number (if known) |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8.** **Unemployment compensation** $ _____  $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $ _____

For your spouse ............................................ $ _____

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.  $ _____  $ _____

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____  $ _____  $ _____

_____  $ _____  $ _____

Total amounts from separate pages, if any.  + $ _____  $ _____

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

Total current monthly income

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................... **Copy line 11 here=>**  $ _____

Multiply by 12 (the number of months in a year)  **x 12**

12b. The result is your annual income for this part of the form  **12b.** $ _____

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  [ _____ ]

Fill in the number of people in your household.  [ _____ ]

Fill in the median family income for your state and size of household. ....................  **13.** $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Michael E. Samuels  **X** /s/ Laura G. Samuels

Michael E. Samuels  Laura G. Samuels
Signature of Debtor 1  Signature of Debtor 2

Date December 4, 2018  Date December 4, 2018
MM / DD / YYYY  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1 _____Michael E. Samuels_____

Debtor 2 _____Laura G. Samuels_____
(Spouse, if filing)

United States Bankruptcy Court for the: _____Southern District of Ohio_____

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 122A – 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

   domestic support obligations,

   most student loans,

   certain taxes,

   debts for fraud or theft,

   debts for fraud or defalcation while acting in a fiduciary capacity,

   most criminal fines and restitution obligations,

   certain debts that are not listed in your bankruptcy papers,

   certain debts for acts that caused death or personal injury, and

   certain long-term secured debts.

<div style="border:1px solid #999; background:#e0e0e0; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Accredited Home Lenders
15253 Avenue of Science
San Diego, CA 92128

American Express
P.O. Box 7871
Ft. Lauderdale, FL 33329

Bank of America
P.O. Box 982236
El Paso, TX 79998-2236

Buckingham, Doolittle & Burroughs
4518 Fulton Drive, NW
Canton, OH 44718

Carlisle, McNellie, Rini, Kramer, Ulrich
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690

Cheviot Savings Bank
3723 Glenmore Ave.
Cincinnati, OH 45211

Christ Hospital Medical Associates
2123 Auburn Ave., Suite 520
Cincinnati, OH 45219

Cincinnati Legal & Admin
c/o Pohler & Associates
6445 E. Livingston Ave.
Reynoldsburg, OH 43068-3560

CIT Group
1 CIT Dr.
Livingston, NJ 07039

City of Cincinnati
805 Central Ave., Suite 600
Cincinnati, OH 45202-5977

City of Cincinnati Solicitor
801 Plum St., Room 214
Cincinnati, OH 45202

Clunk, John   Esq.
4500 Courthouse Blvd., Suite 400
Stow, OH 44224

Consumer Finance
P.O. Box 17518
Baltimore, MD 21297

Controlled Credit Corp.
644 Linn St., Suite 1105
Cincinnati, OH 45203-1742

CSC Credit Services
P.O. Box 740040
Atlanta, GA 30374-0040

D&S Global Solutions
13809 Research Blvd., Suite 800
Austin, TX 78750

Dante Horton
817 W. Kemper Rd.
Cincinnati, OH 45240

Deutsche Bank
60 Wall St.
New York, NY 10005-2858

Discover
P.O. Box 3025
New Albany, OH 43054-3025

Ditech
7360 S. Kyrene Rd.
Tempe, AZ 85283-4583

Ditech
P.O. Box 6172
Rapid City, SD 57709-6172

Dubin, Neil   MD
58 E. Hollister St.
Cincinnati, OH 45219

Dyck-O'Neal Inc.
6060 N. Central Expressway
Dallas, TX 75206-5209

Elite Groundscapes LLC
12 Walnut St.
Cincinnati, OH 45215

Emery Federal Credit Union
7890 E. Kemper Rd.
Cincinnati, OH 45249-1614

Equity Trust Company
P.O. Box 16354
Rochester, NY 14616-3545

ERC
P.O. Box 57547
Jacksonville, FL 32241

Experian
P.O. Box 9701
Allen, TX 75013-9701

Fannie Mae
One S. Wacker Dr., Suite 1300
Chicago, IL 60606-4667

Federal Home Loan Mortgage Corp.
8200 Jones Branch Dr.
Mc Lean, VA 22102-3110

Fedloan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Felty & Lembright
1001 Lakeside Ave. E, Suite 1300
Cleveland, OH 44114-1197

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263

First Financial Bank
300 High St., Room 601
Hamilton, OH 45011

Foreman & Walsh
8005 Plainfield Rd.
Cincinnati, OH 45236

Franklin Savings Bank
7944 Beechmont Ave.
Cincinnati, OH 45255

Glennon Law Firm
P.O. Box 30465
Cincinnati, OH 45230

Global Client Solutions
4500 South 129th Avenue, Suite 177
Tulsa, OK 74134

Global Connection Inc.
P.O. Box 5096
Chicago, IL 60680-5096

Global Control, Inc.
22 E. Main St.
P.O. Box 750
Geneva, OH 44041

Global Credit & Collection
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656-1490

Global Credit & Collection
P.O. Box 2129
Schiller Park, IL 60176-0129

Global Merchant Cash, Inc.
64 Beaver St.
New York, NY 10004

Global Payments, Inc.
P.O. Box 59371
Chicago, IL 60659

Global Recovery Services India
7805 Hudson Rd., Suite 100
Woodbury, MN 55125

Global Services, Inc.
P.O. Box 5096
Chicago, IL 60680

Greater Cincinnati Water Works
4747 Spring Grove Ave.
Cincinnati, OH 45232-1986

Guardian Savings Bank
2774 Blue Rock Rd.
Cincinnati, OH 45239

Home Equity Solutions, Ltd.
10979 Reed Hartman Highway
Suite 307
Cincinnati, OH 45242

Home Solutions, LLC
278 Ritchie Ave.
Cincinnati, OH 45215

Home Solutions, Ltd.
278 Ritchie Ave.
Cincinnati, OH 45215

Huntington Bank
17 S. High St.
Columbus, OH 43216

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Johnstone Supply
1212 Dalton Ave.
Cincinnati, OH 45203

Kathleen Hart
5593 Bayberry Dr.
Cincinnati, OH 45242

Lanter & Associates
5752 Cheviot Rd., Suite A
Cincinnati, OH 45247

Latonia Finance Company
3826 Winston Ave.
Cincinnati, OH 45215

LCS Financial Services
6782 S. Potomac St., Suite 100
Centennial, CO 80112-3915

Lerner, Sampson & Rothfuss
P.O. Box 5480
Cincinnati, OH 45201-5480

Levy & Associates
4645 Exexcutive Dr.
Columbus, OH 43220

Lomas Mortgage USA
717 Harwood St., Suite 1800
Dallas, TX 75201-6585

Lowes Credit Card
P.O. Box 965004
Orlando, FL 32896-5004

MainSource Bank
2105 N. State Rd. 3 Bypass
Greensburg, IN 47240

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

Manufacturers & Traders Trust Company
One M&T Plaza
345 Main St.
Buffalo, NY 14203-2399

MERS
1818 Library St., Suite 300
Reston, VA 20190

Michael & Bob, LLC
278 Ritchie Ave.
Cincinnati, OH 45215

Mr. Cooper Mortgage
8950 Cypress Waters Blvd.
Dallas, TX 75019

Navient
P.O. Box 9500
Wilkes Barre, PA 18773

Nissan Motor Acceptance Bankruptcy Dept.
P.O. Box 660366
Dallas, TX 75266-0366

Noe & MacLeid
810 Sycamore St., 4th Floor
Cincinnati, OH 45202

Northland Group, Inc.
P.O. Box 390905
Edina, MN 55439

Ocwen
1661 Worthington Rd., Suite 100
West Palm Beach, FL 33409

Ohio Attorney General
Attn: Collections Enforcement Section
150 E. Gay St., 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn:  Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567

Ohio Dept. of Job & Family Services
P.O. Box 182404
Columbus, OH 43218-2404

Ohio Dept. of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0530

OneMain Financial
9691 Kenwood Rd.
Cincinnati, OH 45242-6128

Online Information
P.O. Box 1489
Winterville, NC 28590

Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108-0988

PNC Bank
2730 Liberty Ave.
Pittsburgh, PA 15222

Pohler & Associates
6445 E. Livingston Ave.
Reynoldsburg, OH 43068-3560

Professional Radiology, Inc.
P.O. Box 630110
Cincinnati, OH 45263-0110

PS Homes, LLC
278 Ritchie Ave.
Cincinnati, OH 45215

PSH Investments, LLC
278 Ritchie Ave.
Cincinnati, OH 45215

Receivables Management Partners
P.O. Box 349
Greensburg, IN 47240-0349

Regional Income Tax Agency
10107 Brecksville Rd.
Brecksville, OH 44141

Reisenfeld & Associates
3962 Red Bank Rd.
Cincinnati, OH 45227-3408

Rhonda Marsh
817 W. Kemper Rd.
Cincinnati, OH 45240

Richards & Associates
9200 Montgomery Rd., Bldg. 7B
Cincinnati, OH 45242

Robbins, Kelly, Patterson & Tucker
7 W. Seventh St., Suite 1400
Cincinnati, OH 45202-2417

Sander German
5435 Kenwood Rd. #1213
Cincinnati, OH 45227

Sandra J. Evans
6300 Witheby Ave.
Cincinnati, OH 45224

Select Portfolio Servicing, Inc.
Attn: Bankruptcy Dept.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Seterus, Inc.
P.O. Box 1077
Hartford, CT 06143-1077

Sonnek & Goldblatt
2368 Victory Pkwy., Suite 420
Cincinnati, OH 45206

Stagnaro, Saba & Patterson
7373 Beechmont Ave.
Cincinnati, OH 45230

Statebridge Company
5680 Greenwood Plaza Blvd., Suite 100S
Greenwood Village, CO 80111

Stawiarski & Associates
6782 S. Potomac St., Suite 150
Centennial, CO 80112

Stock Yards Bank & Trust
1040 E. Main St.
P.O. Box 32890
Louisville, KY 40232-2890

Thinksmart Realty, LLC
278 Ritchie Ave.
Cincinnati, OH 45215

Tischler, Arthur   MD
50 Lakewood Rd.
Newton, MA 02461

Trans Union Corporation
2 Baldwin Pl.
P.O. Box 1000
Chester, PA 19022-2001

Transamerica Financial
910 Sycamore Ave.
Vista, CA 92083

U.S. Attorney
221 E. Fourth St., Suite 400
Cincinnati, OH 45202

U.S. Attorney
312 Elm St., Suite 2300
Cincinnati, OH 45202

U.S. Dept. of Education  - Direct Loans
P.O. Box 5609
Greenville, TX 75403-5609

United Fidelity Bank
411 Ludlow Ave.
Cincinnati, OH 45220

Urology Group
2000 Joseph E. Sanker Blvd.
Cincinnati, OH 45212

US Bank
205 W. Fourth St., Fifth Floor
Cincinnati, OH 45202

US Bank Home Mortgage
4801 Frederica St.
Owensboro, KY 42301

Weltman, Weinberg & Reis
965 Keynote Cir.
Brooklyn Heights, OH 44131

Weltman, Weinberg & Reis
525 Vine St., Suite 800
Cincinnati, OH 45202-3145

Weltman, Weinberg & Reis
3705 Marlane Dr.
Grove City, OH 43123-8895

WesBanco, Inc.
1 Bank Plaza
Wheeling, WV 26003

Willis Realty, LLC
278 Ritchie Ave.
Cincinnati, OH 45215

Wolf & Adler Family Dentistry
10475 Reading Rd., Suite 408
Cincinnati, OH 45241-2500

Wyoming School District
420 Springfield Pike
Cincinnati, OH 45215