**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael E. Samuels | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Laura G. Samuels | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  Ditech<br>Description of property securing debt:  2550 Ontario St. Cincinnati, OH 45231  Hamilton County  In name of Willis Realty LLC | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name:  Ditech<br>Description of property securing debt:  6837 Greismer Ave. Cincinnati, OH 45237  Hamilton County  In name of Willis Realty, LLC | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name:  Equity Trust Company<br>Description of property securing debt:  9715 Overview Ln. Cincinnati, OH 45231  Hamilton County | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br>■ Yes |

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels                                                                 Case number (*if known*)

| | | | |
|---|---|---|---|
| property securing debt: | In name of Willis Realty LLC | ☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | Fannie Mae | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | 1326 Madeleine Cir. Cincinnati, OH 45231  Hamilton County  In name of Willis Realty, LLC /Home Solutions LLC | | |

| | | | |
|---|---|---|---|
| Creditor's name: | First Financial Bank | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | 1510 Kinney Ave. Cincinnati, OH 45231  Hamilton County  In name of Willis Realty, LLC | | |

| | | | |
|---|---|---|---|
| Creditor's name: | First Financial Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: avoid lien using 11 U.S.C. § 522(f) | ☐ No<br>■ Yes |
| Description of property securing debt: | 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | | |

| | | | |
|---|---|---|---|
| Creditor's name: | First Financial Bank | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | 2524 Niagara St. Cincinnati, OH 45251  Hamilton County  In name of Willis Realty LLC | | |

| | | | |
|---|---|---|---|
| Creditor's name: | Guardian Savings Bank* | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | | |

| | | | |
|---|---|---|---|
| Creditor's name: | Home Equity Solutions, Ltd. | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | 924 Gretna Ln. Cincinnati, OH 45240  Hamilton County  In name of Willis Realty, LLC | | |

Debtor 1   Michael E. Samuels
Debtor 2   Laura G. Samuels                                                                 Case number *(if known)*

| Creditor's name: | Huntington Bank | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 1510 Kinney Ave. Cincinnati, OH 45231  Hamilton County<br>In name of Willis Realty, LLC | | |

| Creditor's name: | Mr. Cooper Mortgage | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 10829 Invicta Ct. Cincinnati, OH 45231  Hamilton County<br>In name of Willis Realty LLC | | |

| Creditor's name: | Mr. Cooper Mortgage | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2524 Niagara St. Cincinnati, OH 45251  Hamilton County<br>In name of Willis Realty LLC | | |

| Creditor's name: | Nissan Motor Acceptance Bankruptcy Dept. | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2015 Nissan Sentra 35,000 miles | | |

| Creditor's name: | Ocwen* | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 9687 Cedarhurst Dr. Cincinnati, OH 45251  Hamilton County<br>In name of Willis Realty LLC | | |

| Creditor's name: | Ohio Dept. of Taxation | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | | |

| Creditor's name: | Ohio Dept. of Taxation | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*. | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of | 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | | |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**                                  page 3

Debtor 1  Michael E. Samuels
Debtor 2  Laura G. Samuels                                              Case number (*if known*)

| | | |
|---|---|---|
| property securing debt: | ☐ Retain the property and [explain]: | |
| Creditor's name: Ohio Dept. of Taxation<br>Description of property securing debt: 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Ohio Dept. of Taxation<br>Description of property securing debt: 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Ohio Dept. of Taxation<br>Description of property securing debt: 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Ohio Dept. of Taxation<br>Description of property securing debt: 278 Ritchie Ave. Cincinnati, OH 45215  Hamilton County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Select Portfolio Servicing, Inc.<br>Description of property securing debt: 8634 DeSoto Dr. Cincinnati, OH 45231  Hamilton County  In name of Willis Realty, LLC | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Stock Yards Bank & Trust<br>Description of property securing debt: 1272 Frost Ct. Cincinnati, OH 45231  Hamilton County  In name of Willis Realty, LLC | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Stock Yards Bank & Trust | ■ Surrender the property. | ☐ No |

| Debtor 1 | Michael E. Samuels | |
|---|---|---|
| Debtor 2 | Laura G. Samuels | Case number (*if known*) |

| | | |
|---|---|---|
| name: | | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ Yes |
| Description of property securing debt: | 817 W. Kemper Rd. Cincinnati, OH 45240  Hamilton County  In name of Willis Realty, LLC | | |

| Creditor's name: | WesBanco, Inc. | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 6837 Greismer Ave. Cincinnati, OH 45237  Hamilton County  In name of Willis Realty, LLC | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in **Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)**, fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| **X** | /s/ Michael E. Samuels | **X** | /s/ Laura G. Samuels |
|---|---|---|---|
| | Michael E. Samuels | | Laura G. Samuels |

| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 5 |
|---|---|---|

| | | | |
|---|---|---|---|
| Debtor 1 | Michael E. Samuels | | |
| Debtor 2 | Laura G. Samuels | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| Signature of Debtor 1 | | Signature of Debtor 2 | |
| Date | December 4, 2018 | Date | December 4, 2018 |