18-2811

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION - CINCINNATI

| | |
|---|---|
| **In re** | **Case No. 18-14430** |
| **Michael E. Samuels**<br>**Laura G. Samuels** | **Chapter 7** |
| | **Judge: JEFFERY P. HOPKINS** |
| **Debtors** | **NOTICE OF REQUEST FOR RELIEF FROM STAY** |

The Huntington National Bank, Successor by Merger with Advantage Bank, Successor by Merger with The Westwood Homestead Savings Bank (hereinafter, "Movant") has filed papers with the Court seeking relief from the automatic stay under Section 362 of the Bankruptcy Code.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want to the Court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the Motion**, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to Bankruptcy Clerk's Office, Atrium II, 221 East Fourth Street, #800, Cincinnati, OH 45202 OR your attorney must file a response using the court's ECF System.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Phyllis A. Ulrich
Christopher P. Kennedy
Attorneys for Movant
24755 Chagrin Blvd.,
Cleveland, OH 44122-5690

Kathleen D. Mezher, Esq.
Attorney for Debtors
8075 Beechmont Avenue
Cincinnati, OH 45255

Office of the United States Trustee
CBLD BLDG, #2050
36 East 7th Street
Cincinnati, OH  45202

Eric W. Goering, Trustee
220 West Third Street, Suite 399
Cincinnati, OH 45202

Michael E. Samuels and Laura G. Samuels, Debtors,
278 Ritchie Ave.
Cincinnati, OH 45215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: December 13, 2018

/s/ *Christopher P. Kennedy*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By:  Phyllis A. Ulrich (0055291)
      Christopher P. Kennedy (0074648)
24755 Chagrin Blvd.,
Cleveland, OH 44122-5690
216-360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
The Huntington National Bank, Successor by Merger with Advantage Bank, Successor by Merger with The Westwood Homestead Savings Bank

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Motion for Relief was served (I) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on December 13, 2018 addressed to:

Michael E. Samuels, Debtor, 278 Ritchie Ave., Cincinnati, OH 45215
Laura G. Samuels, Joint Debtor/Party in Interest, 4910 Hunt Road, #2122, Cincinnati, OH 45242
Home Solutions LLC, 278 Ritchie Ave., Cincinnati, OH 45215
Willis Reality, LLC, 278 Ritchie Ave., Cincinnati, OH 45215
First Financial Bank, 300 High Street, Room 601, Hamilton, OH 45011
Synchrony Bank c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541
Adam B. Hall, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028
Reimer Law Co., Richard J. LaCivita, Esq., 30455 Solon Road, Solon, OH 44139

*/s/ Christopher P. Kennedy*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By:  Phyllis A. Ulrich
       Christopher P. Kennedy